B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Recovery Media, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-3766498** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1521 Concord Pike, Suite 301**<br>**Wilmington, DE**          ZIP Code **19803** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**New Castle** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**19 West 21st Street, Suite 901**<br>**New York, NY**          ZIP Code **10010** | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Recovery Media, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)
Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Recovery Media, LLC** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ John H. Strock** _____
Signature of Attorney for Debtor(s)

**John H. Strock 4965** _____
Printed Name of Attorney for Debtor(s)

**Fox Rothschild LLP** _____
Firm Name

**919 N. Market Street, Suite 1300**
**P.O. Box 2323**
**Wilmington, DE 19899**

_____
Address

**(302) 654-7444  Fax: (302) 656-8920**
Telephone Number

**July 26, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Paul McCulley** _____
Signature of Authorized Individual

**Paul McCulley** _____
Printed Name of Authorized Individual

**Managing Member** _____
Title of Authorized Individual

**July 26, 2013** _____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## RECOVERY MEDIA, LLC

## <u>RESOLUTIONS OF THE MEMBERS OF RECOVERY MEDIA, LLC</u>

The undersigned, being Members holding a majority of the outstanding Common Units of Recovery Media, LLC, a Delaware limited liability company (the "<u>Company</u>"), do hereby consent to the adoption of the following Resolutions, pursuant to Section 17.2(a) of the Second Amended and Restated Limited Liability Company Agreement of the Company, dated September 20, 2011, to the same extent as though such action had been authorized at a regular meeting of the Members of the Company held pursuant to notice:

> **WHEREAS**, the Board of Managers of the Company (the "<u>Board</u>") has determined and resolved it to be in the best interests of the Company, its creditors and employees and other interested parties to cease operations, secure its premises and property, terminate its employees, and thereafter file a voluntary petition (the "<u>Petition</u>") for relief under the provisions of chapter 7 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Delaware or such other court as the Authorized Officer (defined below) shall determine to be appropriate (the "<u>Bankruptcy Court</u>"); and

> **WHEREAS**, the undersigned deem it desirable and in the best interests of the Company, its creditors and employees and other interested parties to cease operations, secure its premises and property, terminate its employees, and thereafter file the Petition for relief under chapter 7 of the Bankruptcy Code in the Bankruptcy Court.

> **NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and hereby is, authorized to file the Petition for relief under chapter 7 of the Bankruptcy Code in the Bankruptcy Court and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

> **FURTHER RESOLVED**, that Paul McCulley, the duly appointed Chief Executive Officer of the Company (together with any duly approved replacement therefore, herein called the "<u>Authorized Officer</u>"), is hereby authorized, directed and empowered on behalf

of, and in the name of, the Company, as and when he deems appropriate, to (i) execute and verify the Petition for relief under chapter 7 of the Bankruptcy Code and make or cause to be made, prior to the execution thereof, any modifications to the Petition or ancillary documents as the Authorized Officer, in his discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these Resolutions (such approval to be conclusively established by the execution thereof by such Authorized Officer); (ii) execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing or to administer the Company's chapter 7 case, in such form or forms as the Authorized Officer may approve; and (iii) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 7 case, in such form or forms as the Authorized Officer may approve;

**FURTHER RESOLVED**, that the Authorized Officer shall be, and is hereby, authorized, directed and empowered to retain, on behalf of the Company, the law firm of Fox Rothschild LLP, and such additional professionals, in each case as in the Authorized Officer's judgment may be necessary in connection with the Company's chapter 7 case or other related matters, upon such terms and conditions as the Authorized Officer shall approve;

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized and directed to take any and all further action, and to execute and deliver, in the name of and on behalf of the Company, any and all such other and further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval, if required), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the Resolutions adopted herein;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by the Company, the Authorized Officer or any officer of the Company in connection with the filing of the Petition for relief under chapter 7 of the Bankruptcy Code or in any other connection with the chapter 7 case of the Company, or any matter related thereto, or by virtue of these Resolutions be, and hereby are, in all respects ratified, confirmed and approved;

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in

the opinion the Authorized Officer, a true copy of the foregoing Resolutions; and

**FURTHER RESOLVED**, that the foregoing Preambles and Resolutions shall be deemed to be adopted and in full force and effect upon execution of these Resolutions of the Board of Managers of the Company.

IN WITNESS THEREOF, the undersigned have set their hands this 26th day of July, 2013.

**PAUL MCCULLEY 2011 REVOCABLE TRUST DATED AUGUST 2, 2011**

By:_____
Name: Paul McCulley
Title:  Trustee

**JONATHAN    MCCULLEY    2011 IRREVOCABLE    TRUST    DATED AUGUST 2, 2011**

By:_____
Name: Robert D. Renn
Title:  Trustee

3

**RECOVERY MEDIA, LLC**

## RESOLUTIONS OF THE BOARD OF MANAGERS OF RECOVERY MEDIA, LLC

The undersigned, being the sole member of the Board of Managers (the "Board") of Recovery Media, LLC, a Delaware limited liability company (the "Company"), does hereby consent to the adoption of the following Resolutions to the same extent as though such action had been authorized at a regular meeting of the Board of Managers of the Company held pursuant to notice:

> **WHEREAS**, the undersigned deems it desirable and in the best interests of the Company, its creditors and employees and other interested parties to cease operations, secure its premises and property, terminate its employees, if any, and thereafter file a voluntary petition (the "Petition") for relief under the provisions of chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware or such other court as the Authorized Officer (defined below) shall determine to be appropriate (the "Bankruptcy Court").

> **NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and hereby is, authorized to file the Petition for relief under chapter 7 of the Bankruptcy Code in the Bankruptcy Court and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

> **FURTHER RESOLVED**, that Paul McCulley, the duly appointed Chief Executive Officer of the Company (together with any duly approved replacement therefore, herein called the "Authorized Officer"), is hereby authorized, directed and empowered on behalf of, and in the name of, the Company, as and when he deems appropriate, to (i) execute and verify the Petition for relief under chapter 7 of the Bankruptcy Code and make or cause to be made, prior to the execution thereof, any modifications to the Petition or ancillary documents as the Authorized Officer, in his discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these Resolutions (such approval to be conclusively established by the execution thereof by such Authorized Officer); (ii) execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or

documents necessary or desirable in connection with the foregoing or to administer the Company's chapter 7 case, in such form or forms as the Authorized Officer may approve; and (iii) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 7 case, in such form or forms as the Authorized Officer may approve;

**FURTHER RESOLVED**, that the Authorized Officer shall be, and is hereby, authorized, directed and empowered to retain, on behalf of the Company, the law firm of Fox Rothschild LLP, and such additional professionals, in each case as in the Authorized Officer's judgment may be necessary in connection with the Company's chapter 7 case or other related matters, upon such terms and conditions as the Authorized Officer shall approve;

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized and directed to take any and all further action, and to execute and deliver, in the name of and on behalf of the Company, any and all such other and further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval, if required), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the Resolutions adopted herein;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by the Company, the Authorized Officer or any officer of the Company in connection with the filing of the Petition for relief under chapter 7 of the Bankruptcy Code or in any other connection with the chapter 7 case of the Company, or any matter related thereto, or by virtue of these Resolutions be, and hereby are, in all respects ratified, confirmed and approved;

**FURTHER RESOLVED**, that the Authorized Officer is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion the Authorized Officer, a true copy of the foregoing Resolutions; and

**FURTHER RESOLVED**, that the foregoing Preambles and Resolutions shall be deemed to be adopted and in full force and effect upon execution of these Resolutions of the Board of Managers of the Company.

IN WITNESS THEREOF, I hereto set my hand this 26th day of July, 2013.

**BOARD OF MANAGERS:**

Paul McCulley, Manager

## THE DEBTOR'S GLOBAL NOTES REGARDING ITS SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") (collectively, the Schedules and SOFA are referred to herein as the "Bankruptcy Schedules") of the debtor Recovery Media, LLC. (the "Debtor") have been prepared by the Debtor's management and professionals pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. On July 26, 2013 (the "Petition Date"), the Debtor filed a chapter 7 bankruptcy petition in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Paul McCulley, the Managing Member and Chief Executive Officer of the Debtor, has signed the Bankruptcy Schedules. In reviewing and signing the Bankruptcy Schedules, Mr. McCulley has necessarily relied upon the efforts, statements, and representations of various personnel of the Debtor. Mr. McCulley has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

The financial affairs and businesses of the Debtor are complex. Accordingly, while the Debtor's management and professionals have made every reasonable effort to ensure that the Bankruptcy Schedules are accurate and complete based on the information that was available and reasonably accessible at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt, discovery or review of any additional information not used in the creation of the Bankruptcy Schedules may result in material changes to the financial data and other information contained therein. Furthermore, the Bankruptcy Schedules are unaudited, so there can be no assurance that the information contained therein is complete. The Debtor reserves all rights to amend the Bankruptcy Schedules in all respects, as may be necessary or appropriate,

including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Bankruptcy Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as disputed, contingent or unliquidated.  Moreover, nothing contained in the Bankruptcy Schedules shall constitute a waiver of rights with respect to this chapter 7 case and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws with respect to recovery of assets or avoidance of transfers. These Global Notes Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") comprise an integral part of the Bankruptcy Schedules and should be referred to and considered in connection with any review of the Bankruptcy Schedules.

Except as noted, the data contained in the Bankruptcy Schedules is effective as of the Petition Date.

Dated: July 26, 2013                  By:/s/ Paul McCulley_____
                                          Paul McCulley
                                          Managing Member and Chief Executive Officer

# United States Bankruptcy Court
## District of Delaware

In re  **Recovery Media, LLC**

Case No. _____

_____ Debtor(s)

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | For legal services, I have agreed to accept | $ | 30,000.00 |
   |---|---|---|
   | Prior to the filing of this statement I have received | $ | 30,000.00 |
   | Balance Due | $ | 0.00 |

2. **$  306.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **July 26, 2013**

/s/ John H. Strock
John H. Strock 4965
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899
(302) 654-7444  Fax: (302) 656-8920

---

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re    **Recovery Media, LLC**
_____ ,    Case No. _____
                                    Debtor

                                    Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 136,793.37 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 18,694.88 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 105,881.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 136,793.37 | | |
| Total Liabilities | | | | 124,576.02 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re   **Recovery Media, LLC**                                                      Case No. _____
                                        ,
                            Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

|  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Recovery Media, LLC**                                           Case No. _____

_____
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CitiBusiness Checking Acct: (\*\*\*\*\*\*4378), Citibank, N.A. 96th 5th Avenue, New York, NY 10011 Negative Balance ($442.05)** | - | 0.00 |
| | | **CitiBusiness IMMA Account (\*\*\*\*\*6926) Citibank, N.A. 96th 5th Avenue, New York, NY 10011** | - | 6.37 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit held by Fifth Avenue Partners, L.P. (Landlord) for Recovery Media, LLC's lease of its office space located at 19 West 21St. Street, New York, NY, 10010.** | - | 38,190.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Forcefield Private Company Management Liability Package Policy No. 0307-9381 issued by Darwin National Assurance Company for the policy period of October 31, 2012 through October 31, 2013.** | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       38,196.37
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Recovery Media, LLC**                                                    Case No. _____
                                                          ,
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Amounts due under Insertion Order, dated February 11, 2013, by and between Recovery Media, LLC and Newport Academy for internet advertising services for the period of March 1, 2013 through March 1, 2014. | - | Unknown |
| | | Amounts due under Insertion Order, dated July 17, 2013, by and between Recovery Media, LLC and Orexo AB for internet advertising services for the period of September 1, 2013 through November 30, 2013. | - | Unknown |
| | | Amounts due under Insertion Order, dated February 11, 2013, by and between Recovery Media, LLC and Reflections for internet advertising services for the period of March 1, 2013 through March 1, 2014. | - | Unknown |
| | | Amounts due under Insertion Order, dated April 26, 2013, by and between Recovery Media, LLC and Bill W. and Dr. Bob (Play) for internet advertising services for the period of May 1, 2013 through July 31, 2013. | - | Unknown |
| | | Amounts due under Insertion Order, dated April 26, 2013, by and between Recovery Media, LLC and Cliffside Malibu for internet advertising services for the period of May 1, 2013 through March 1, 2014. | - | Unknown |

Sub-Total >                    0.00
(Total of this page)

Sheet  **1**  of  **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Recovery Media, LLC**                                    Case No. _____
_____,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Amount due under Directory Agreement, dated May 1, 2012, by and between Recovery Media, LLC and Ascend Recovery for helpline directory services. | - | 3,000.00 |
| | | Amounts due under the Directory Agreement by and between Recovery Media, LLC and Capo By the Sea for helpline directory services. | - | 3,000.00 |
| | | Amounts due under Directory Agreement, dated December 15, 2011, by and between Recovery Media, LLC and Alta Mira Recovery Center for helpline directory services. | - | Unknown |
| | | Amounts due under Directory Agreement, dated February 14, 2012, by and between Recovery Media, LLC and Back2Basics for helpline directory services. | - | Unknown |
| | | Amounts due under Directory Agreement, dated February 18, 2013, by and between Recovery Media, LLC and Dee's House for helpline directory services. | - | Unknown |
| | | Amounts due Directory Agreement, dated December 21, 2011, by and between Recovery Media, LLC and Malibu Beach Sober Living for helpline directory services. | - | Unknown |
| | | Amounts due under Directory Agreement, dated February 20, 2013, by and between Recovery Media, LLC and Mission Viejo Recovery for helpline directory services. | - | Unknown |
| | | Amounts due under Directory Agreement, dated June 20, 2012, by and between Recovery Media, LLC and Recovery Road, LLC for helpline directory services. | - | Unknown |
| | | Amounts due under Directory Agreement, dated July 18, 2012, by and between Recovery Media, LLC and Reflections for helpline directory services. | - | Unknown |
| | | Amounts due under Directory Agreement, dated August 6, 2012, by and between Recovery Media, LLC and Saint Jude Twin Rivers Retreat for helpline directory services. | - | Unknown |
| | | Amounts due under Directory Agreement, dated December 15, 2011, by and between Recovery Media, LLC and  for helpline directory services. | - | Unknown |

Sub-Total >        6,000.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Recovery Media, LLC**                                                    Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Amounts due under Directory Agreement, dated February 11, 2012, by and between Recovery Media, LLC and Whole Recovery for helpline directory services. | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Syndication costs, domain name "www.thefix.com", trademark and other intellectual property | - | 91,701.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

Sub-Total >         91,701.00
(Total of this page)

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Recovery Media, LLC**                                                    ,          Case No. _____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **One (1) Computer and Office Supplies** | - | 229.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaid escrow fees pursuant to Purchase Agreement and Escrow Agreement, for Recovery Media, LLC's purchase of the domain name "www.thefix.com"** | - | 667.00 |

|  |  |
|---|---|
| Sub-Total > | 896.00 |
| (Total of this page) | |
| Total > | 136,793.37 |

Sheet **4** of **4** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Recovery Media, LLC**                                                                                    Case No. _____
                                                                     ,
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| | | | | | Subtotal (Total of this page) | | | | | |
| **0**   continuation sheets attached | | | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

In re **Recovery Media, LLC**                                      Case No. _____
_____ ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Recovery Media, LLC**                                              Case No. _____
                                                                    ,
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Accrued but unpaid PTO. | | | | | |
| Hunter Slaton 331 Keap Street, Apt. 34 Brooklyn, NY 11211 | - | | | | | | | 1,803.76 | 0.00 / 1,803.76 |
| Account No. | | | | Accrued but unpaid PTO. | | | | | |
| May Wilkerson 630 Grand Street, Apt. 2 Brooklyn, NY 11211 | - | | | | | | | 2,199.60 | 0.00 / 2,199.60 |
| Account No. | | | | Accrued but unpaid PTO. | | | | | |
| Melanie Haber 200 East 15th Street, Apt. 14G New York, NY 10003 | - | | | | | | | 3,461.76 | 0.00 / 3,461.76 |
| Account No. | | | | Accrued but unpaid PTO | | | | | |
| Walter Armstrong 182 Avenue B, Apt. 13 New York, NY 10009 | - | | | | | | | 3,499.60 | 0.00 / 3,499.60 |
| Account No. | | | | Accrued but unpaid PTO | | | | | |
| Will Godfrey 378 Baltic Street, Apt. 6A Brooklyn, NY 11201 | - | | | | | | | 3,692.16 | 0.00 / 3,692.16 |
| | | | | | Subtotal (Total of this page) | | | 14,656.88 | 0.00 / 14,656.88 |

Sheet **1** of **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (4/13) - Cont.

In re   **Recovery Media, LLC**                                            ,    Case No. _____
_____
                                  Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **William Georgiades** 139 West 13th Street, Apt. 4 New York, NY 10011 | - | | Accrued but unpaid PTO | | | | 4,038.00 | 0.00 | 4,038.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 4,038.00 | 0.00 | 4,038.00 |
| | | | Total (Report on Summary of Schedules) | | | | 18,694.88 | 0.00 | 18,694.88 |

B6F (Official Form 6F) (12/07)

In re **Recovery Media, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H W | J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Aaron Kuchta** <br> **25 W 14th Street** <br> **New York, NY 10011** | | - | | | Freelance writer fees | | | | 100.00 |
| Account No. <br><br> **Alison Watson** <br> **929 71 St. #A3** <br> **Brooklyn, NY 11228** | | - | | | Freelance writer fees | | | | 200.00 |
| Account No. <br><br> **Andrew Hubner** <br> **3103 Fairfield Ave., Apt 5A** <br> **Bronx, NY 10463** | | - | | | Freelance writer fees | | | | 100.00 |
| Account No. <br><br> **Consolidated Edison Company of NY, Inc.** <br> **Attn: Law Dept./Room 1850-S** <br> **4 Irving Place** <br> **New York, NY 10003** | | - | | | Utility services | | | | 429.38 |
| | | | | | | | Subtotal <br> (Total of this page) | | 829.38 |

__6__   continuation sheets attached

S/N:23341-130708    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Recovery Media, LLC**                                                      Case No. _____
                                                                        ,
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Legal Services | | | | |
| Cooley LLP Attn: General Counsel 101 California Street, 5th Floor San Francisco, CA 94111 | | - | | | | | 6,785.30 |
| Account No. | | | Freelance writer fees | | | | |
| Cynthia Cruz 137 Dupont Street, Apt. 7 Brooklyn, NY 11222 | | - | | | | | 100.00 |
| Account No. | | | Past due rent owing under Lease Agreement, dated November 15, 2011, by and between Fifth Avenue Partners, L.P. (Owner) and Recovery Media, LLC (Tenant) for lease of office space located at 19 West 21st. Street, New York, | X | X | | |
| Fifth Avenue Partners, L.P. 13 East 16th Street, Suite 400 New York, NY 10003 | | - | | | | | 6,551.00 |
| Account No. | | | Legal Services | | | | |
| Fox Rothschild LLP 2000 Market St., 20th Floor Philadelphia, PA 19103-3222 | | - | | | | | 65,711.04 |
| Account No. | | | Freelance writer fees | | | | |
| Gabriella Danchick 3324 12th Avenue, 2nd Floor Brooklyn, NY 11218 | | - | | | | | 100.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of          Subtotal          | 79,247.34 |
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Recovery Media, LLC**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Grodsky Caporrino & Kaufman, PC<br>300 Jericho Quadrangle<br>Jericho, NY 11753 | - | | | | **Accounting Services** | | | | 6,800.00 |
| Account No.<br><br>IESI, a Progressive Waste Solutions Co.<br>3747 White Church Road<br>Chambersburg, PA 17202 | - | | | | **Trash collection services** | | | | 346.00 |
| Account No.<br><br>Insperity PEO Services, L.P.<br>19001 Crescent Springs Drive<br>Kingwood, TX 77339-3802 | - | | | | **Amounts owing under Client Service Agreement, dated October 6, 2011, by and between Insperity PEO Services, L.P. and Recovery Media LLC for personnel management services to Recovery Media, LLC** | | | | Unknown |
| Account No.<br><br>Jessica Willis<br>46 Windsor Avenue<br>Pittsfield, MA 01201 | - | | | | **Freelance writer fees** | | | | 100.00 |
| Account No.<br><br>Maer Roshan<br>C/O Peter B. Ladig, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 | - | | | | **Breach of fiduciary duty action filed in the Court of Chancery of the State of Delaware, New Castle County, captioned Maer Roshan v. Recovery Media, LLC et al, Case No. 8616-VCP** | X | X | X | Unknown |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,246.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Recovery Media, LLC**                                                  ,      Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. _____ Maer Roshan C/O Peter B. Ladig, Esq. Morris James LLP 500 Delaware Avenue, Suite 1500 Wilmington, DE 19801 | - | | | Discovery action Bfiled in the Court of Chancery of the State of Delaware, New Castle County, captioned Maer Roshan v. Recovery Media, LLC, Case No. 8615-VCP | X | X | X | Unknown |
| Account No. _____ MailChimp 512 Means Street, Suite 404 Atlanta, GA 30318 | - | | | Trade debt | | | | Unknown |
| Account No. _____ McCarton Ackerman 2166 Frederick Douglass Blvd., Apt. 5F New York, NY 10026 | - | | | July, 2013 Wages due and owing for services provided. | | | | 1,940.00 |
| Account No. _____ Mcclaine Warren 1750 South Ocean Lane, # 304 Fort Lauderdale, FL 33316 | - | | | Freelance writer fees | | | | 200.00 |
| Account No. _____ Mike Maguire 2117 Elden, Apt. 32 Costa Mesa, CA 92627 | - | | | Freelance writer fees | | | | 100.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,240.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Recovery Media, LLC**                                                    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Freelance writer fees | | | | |
| Misti Miller<br>6303 NE 6th Avenue<br>Portland, OR 97211 | - | | | | | | 200.00 |
| Account No. | | | Trade debt | | | | |
| Outbrain Inc.<br>Attn: Yaron Galai<br>200 Rector Place, Apt. 14H<br>New York, NY 10280 | - | | | | | | Unknown |
| Account No. | | | Trade debt | | | | |
| Pantheon Systems, Inc.<br>Attn: Compliance Department<br>717 California Street, 3rd Floor<br>San Francisco, CA 94108 | - | | | | | | Unknown |
| Account No. | | | Trade debt | | | | |
| Poland Spring Brand Natural Spring Water<br>C/O Nestle Waters North America<br>900 Long Ridge Road, Building 2<br>Stamford, CT 06902-1138 | - | | | | | | 52.85 |
| Account No. | | | Trade debt | | | | |
| Primary Wave Music<br>116 East 16th Street<br>9th Floor<br>New York, NY 10003 | - | | | | | | Unknown |

Sheet no. __4__ of __6__ sheets attached to Schedule of                    Subtotal                 | 252.85
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Recovery Media, LLC**                                                                    , Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Richard Juman**<br>**160 West 24th Street, Apt. 10J**<br>**New York, NY 10011** | - | | **Professional Services** | | | | 5,000.00 |
| Account No.<br><br>**SignalPoint Communications, Inc.**<br>**Continental Plaza - 6th Floor**<br>**433 Hackensack Avenue**<br>**Hackensack, NJ 07601** | - | | **Internet Services** | | | | 265.10 |
| Account No.<br><br>**Todd Clark**<br>**17926 Maplehurst**<br>**Canyon Country, CA 91387** | - | | **January 19, 2011**<br>**Remaining amount due and owing under Purchase Agreement, dated January 19, 2011, by and between Todd Clark (Seller) and Recovery Media, LLC, for Recovery Media, LLC's purchase of the internet domain name "thefix.com"** | | | | 10,000.00 |
| Account No.<br><br>**Twilio, Inc.**<br>**645 Harrison Street, Third Floor**<br>**San Francisco, CA 94107** | - | | **Technology services** | | | | Unknown |
| Account No.<br><br>**Verizon Wireless**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002** | - | | **Wireless Services** | | | | Unknown |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 15,265.10

B6F (Official Form 6F) (12/07) - Cont.

In re __Recovery Media, LLC_____ ,    Case No. _____
                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Violetta Bellocchio**<br>**Via XX Settembre, 20**<br>**55045 Pietrasanta (LU), Italy** | | - | **Freelance writer fees** | | | | 100.00 |
| Account No.<br><br>**Yoko Hyun**<br>**761 Prospect Place, Apt. 4C**<br>**Brooklyn, NY 11216** | | - | **Freelance writer fees** | | | | 100.00 |
| Account No.<br><br>**Zachary Siegal**<br>**4629 Twin Lakes Lane**<br>**Lake Zurich, IL 60047** | | - | **Freelance writer fees** | | | | 600.47 |
| Account No.<br><br><br> | | | | | | | |
| Account No.<br><br><br> | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 800.47 |
| Total<br>(Report on Summary of Schedules) | | 105,881.14 |

B6G (Official Form 6G) (12/07)

In re   **Recovery Media, LLC**                                                                Case No. _____
_____ ,
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and
complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Allied World Assurance Company**<br>**Attn: David W. Colwick, Esq.**<br>**1690 New Britain Avenue, Suite 101**<br>**Farmington, CT 06032** | **Forcefield Private Company Management Liability Package Policy No. 0307-9381 issued by Darwin National Assurance Company for the policy period of October 31, 2012 through October 31, 2013.** |
| **Alta Mira Recovery Center**<br>**Attn: William Morrison**<br>**125 Bulkley Avenue**<br>**San Francisco, CA 94111** | **Directory Agreement, dated December 15, 2011, by and between Recovery Media, LLC and Alta Mira Recovery Center for helpline directory services.** |
| **Ascend Recovery**<br>**Attn: Ryan Saltery**<br>**6280 W 9600 North**<br>**American Fork, UT 84003** | **Directory Agreement, dated May 1, 2012, by and between Recovery Media, LLC and  Ascend Recovery for helpline directory services.** |
| **Back2Basics**<br>**Attn: Boy DuPrez**<br>**1600 West University Avenue, Suite 109**<br>**Flagstaff, AZ 86001** | **Directory Agreement, dated February 14, 2012, by and between Recovery Media, LLC and Back2Basics for helpline directory services.** |
| **Bill W. and Dr. Bob (Play)**<br>**Attn: Darien Bates**<br>**47 Great Jones Street, Third Floor**<br>**New York, NY 10012** | **Insertion Order, dated April 26, 2013, by and between Recovery Media, LLC and Bill W. and Dr. Bob (Play) for internet advertising services for the period of May 1, 2013 through July 31, 2013.** |
| **Capo By The Sea**<br>**Attn: John Kahall**<br>**26682 Avenida Las Palmas**<br>**Capistrano Beach, CA 92624** | **Directory Agreement by and between Recovery Media, LLC and Capo By the Sea for helpline directory services.** |
| **Cliffside Malibu**<br>**Attn: Richard Tate**<br>**30060 Andromeda Lane**<br>**Malibu, CA 90265** | **Insertion Order, dated April 26, 2013, by and between Recovery Media, LLC and Cliffside Malibu for internet advertising services for the period of May 1, 2013 through March 1, 2014.** |
| **Dee's House**<br>**Attn: Kim Hankle**<br>**18886 Santa Marta Street**<br>**Fountain Valley, CA 92708** | **Directory Agreement, dated February 18, 2012, by and between Recovery Media, LLC and Dee's House for helpline directory services.** |
| **Escrow.com**<br>**30318 Esperanza**<br>**Attn: Domain Holding Department**<br>**Rancho Santa Margarita, CA 92688** | **Escrow Agreement, dated January 19, 2011, by and between Todd Clark (Seller), Escrow.com (Escrow Agent), and Recovery Media, LLC, governing payment terms and assignment and transfer of title to the domain name "www.thefix.com"** |

**2**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Recovery Media, LLC**                                          Case No. _____
_____,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Fifth Avenue Partners, L.P.**<br>**13 East 16th Street, Suite 400**<br>**New York, NY 10003** | **Lease Agreement, dated November 15, 2011, by and between Fifth Avenue Partners, L.P. (Owner) and Recovery Media, LLC (Tenant) for Recovery Media, LLC's lease of its office space located at 19 West 21st. Street, New York, NY 10010.** |
| **Insperity PEO Services, L.P.**<br>**19001 Crescent Springs Drive**<br>**Kingwood, TX 77339-3802** | **Client Service Agreement, dated October 6, 2011, by and between Insperity PEO Services, L.P. and Recovery Media LLC for personnel management services to Recovery Media, LLC** |
| **Malibu Beach Sober Living**<br>**Attn: Charlie Bentz**<br>**31450 Broad Beach Road**<br>**Malibu, CA 90265** | **Directory Agreement, dated December 21, 2011, by and between Recovery Media, LLC and Malibu Beach Sober Living for helpline directory services.** |
| **Mission Viejo Recovery**<br>**Attn: Jeffrey Guiltogle**<br>**23181 Tiagua**<br>**Mission Viejo, CA 92692** | **Directory Agreement, dated February 20, 2013, by and between Recovery Media, LLC and Mission Viejo Recovery for helpline directory services.** |
| **Newport Academy**<br>**Attn: Jamison Monroe**<br>**311 N. Ranch Wood Trail**<br>**Orange, CA 92869** | **Insertion Order, dated February 11, 2013, by and between Recovery Media, LLC and Newport Academy for internet advertising services for the period of March 1, 2013 through March 1, 2014.** |
| **Orexo AB**<br>**Attn: Michele Eveland**<br>**5 Sylvan Way**<br>**Parsippany, NJ 07054** | **Insertion Order, dated July 17, 2013, by and between Recovery Media, LLC and Orexo AB for internet advertising services for the period of September 1, 2013 through November 30, 2013.** |
| **Recovery Road, LLC**<br>**Attn: Adam J. Schreiber**<br>**4362 Northlake Boulevard, Suite 109**<br>**Palm Beach Gardens, FL 33410** | **Directory Agreement, dated June 20, 2012, by and between Recovery Media, LLC and Recovery Road, LLC for helpline directory services.** |
| **Reflections**<br>**Attn: Louise McCallion**<br>**1191 Simmons Lane**<br>**Novato, CA 94945** | **Insertion Order, dated February 11, 2013, by and between Recovery Media, LLC and Reflections for internet advertising services for the period of March 1, 2013 through March 1, 2014.** |
| **Reflections**<br>**Attn: Louise McCallion**<br>**1191 Simmons Lane**<br>**Novato, CA 94945** | **Directory Agreement, dated July 18, 2012, by and between Recovery Media, LLC and Reflections for helpline directory services.** |
| **Saint Jude Twin Rivers Retreat**<br>**Attn: Daniel G. Hidaleo**<br>**9 Market Street, Suite 4**<br>**Amsterdam, NY 12010** | **Directory Agreement, dated August 6, 2012, by and between Recovery Media, LLC and Saint Jude Twin Rivers Retreat for helpline directory services.** |

Sheet __1__ of __2__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Recovery Media, LLC**                                    Case No. _____

_____,
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Soba Recovery Center, Malibu**<br>**Attn: Greg Hannley**<br>**22669 Pacific Coast Highway**<br>**Malibu, CA 90265** | **Directory Agreement, dated December 15, 2011, by and between Recovery Media, LLC and  for helpline directory services.** |
| **Todd Clark**<br>**17926 Maplehurst**<br>**Canyon Country, CA 91387** | **Purchase Agreement, dated January 19, 2011, by and between Todd Clark (Seller) and Recovery Media, LLC, for Recovery Media, LLC's purchase of the internet domain name "thefix.com" for the purchase price of $40,000.00.  Pursuant to the terms of the Purchase Agreement, Recovery Media, LLC, agreed to make monthly payments, in advance and placed in escrow, in the amount of $1,000.00, beginning on February 1, 2011, until the purchase price is paid in full.** |
| **Todd Clark**<br>**17926 Maplehurst**<br>**Canyon Country, CA 91387** | **Escrow Agreement, dated January 19, 2011, by and between Todd Clark (Seller), Escrow.com (Escrow Agent), and Recovery Media, LLC, governing payment terms and assignment and transfer of title to the domain name "www.thefix.com"** |
| **Whole Recovery**<br>**Attn: Vladimir Kegan**<br>**100 Miles South from Lodge Los Rochas**<br>**Playa Samara, Costa Rica** | **Directory Agreement, dated February 11, 2012, by and between Recovery Media, LLC and Whole Recovery for helpline directory services.** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Recovery Media, LLC**                                    Case No. _____
_____ ,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Paul McCulley**<br>**221 Via Lido Soud**<br>**Palm Springs, CA 92263** | **Fifth Avenue Partners, L.P.**<br>**13 East 16th Street, Suite 400**<br>**New York, NY 10003** |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  **Recovery Media, LLC**

Debtor(s)

Case No. _____

Chapter   **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**23**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 26, 2013**_____

Signature  **/s/ Paul McCulley**_____

**Paul McCulley**
**Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Delaware

In re    **Recovery Media, LLC**                                  Case No.
                                       Debtor(s)                    Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$83,933.00** | **Gross Income as of June 30, 2013** |
| **$154,870.00** | **Gross Income 2012** |
| **$4,000.00** | **Gross Income 2011** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE

B7 (Official Form 7) (04/13)
2

**3. Payments to creditors**

None
■     *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐     b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Schedule 3(b)** | | **$338,160.66** | **$0.00** |

None
■     c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Maer Roshan v. Recovery Media, LLC, et al., Case No. 8616-VCP** | **Breach of Fiduciary Duty Claims** | **Court of Chancery of the State of Delaware, New Castle County, located at New Castle County Courthouse, 500 North King Street, Wilmington, DE 19801** | **Pending** |
| **Maer Roshan v. Recovery Media, LLC, Case No. 8615-VCP** | **Discovery action** | **Court of Chancery of the State of Delaware, New Castle County, located at New Castle County Courthouse, 500 North King Street, Wilmington, DE 19801** | **Pending** |

None
■     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
4

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Fox Rothschild LLP 2000 Market St., 20th Floor Philadelphia, PA 19103-3222** | **July 22, 2013** | **$30,000** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
6

### 18 . Nature, location and name of business

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Grodsky Caporring & Kaufman, CPA's, PC**<br>**300 Jericho Quadrangle**<br>**Jericho, NY 11753** | **For a period more than 2 years** |
| **Anthony Graci, CPA**<br>**Grodsky, Caporrino & Kaufman CPA's, PC**<br>**Jericho, NY 11753** | **For a period more than 2 years** |

None
☐
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|
| **Grodsky Caporring & Kaufman, CPA's, PC** | **300 Jericho Quadrangle**<br>**Jericho, NY 11753** | **For a period more than 2 years** |
| **Anthony Graci, CPA** | **Grodsky, Caporring & Kaufman, CPA's, PC**<br>**300 Jericho Quadrangle**<br>**Jericho, NY 11753** | **For a period more than 2 years** |

B7 (Official Form 7) (04/13)
7

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Grodsky Caporring & Kaufman, CPA's, PC** | **300 Jericho Quadrangle**<br>**Jericho, NY 11753** |
| **Anthony Graci, CPA** | **Grodsky Caporring & Kaufman, CPA's, PC**<br>**300 Jericho Quadrangle**<br>**Jericho, NY 11753** |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

## 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Maer Roshan**<br>**C/O Peter B. Ladig, Esq.**<br>**Morris James LLP**<br>**500 Delaware Avenue, Suite 1500**<br>**Wilmington, DE 19801** | **Member** | **Member holding 1,209,000 (21.41%) of the outstanding common units of Recovery Media, LLC** |
| **LK Recovery Holdings LLC**<br>**C/O United Corporate Services, Inc.**<br>**874 Walker Road, Suite C**<br>**Dover, DE 19904** | **Member** | **Member holding 687,131 (12.17%) of the outstanding common units of Recovery Media, LLC** |
| **Paul McCulley 2011 Recovable Trust**<br>**221 Via Lido Soud**<br>**Newport Beach, CA 92663** | **Member** | **Member holding 2,729,598 (48.33%) of the outstanding common units of Recovery Media, LLC** |
| **Jonathan McCulley 2011 Irrevocable Trust**<br>**221 Via Lido Soud**<br>**Newport Beach, CA 92663** | **Member** | **Member holding 841,586 (14.90%) of the outstanding common units of Recovery Media, LLC** |

B7 (Official Form 7) (04/13)
8

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                          ADDRESS                                          DATE OF WITHDRAWAL

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Allison Floam | Former Chief Executive Officer and member | October 22, 2012 |
| Maer Roshan<br>C/O Peter B. Ladig, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 | Former manager | October 22, 2012 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    July 26, 2013                              Signature    /s/ Paul McCulley
                                                                          **Paul McCulley**
                                                                          **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# Schedule 3(b) to SOFA

| Date | Receipient | Amount | Transaction ID |
|---|---|---|---|
| 5/9/2013 | 6TH AVE.SOUPS LLC | ($8.86) | CD4110 |
| 5/29/2013 | ACH-DELUXE CHECK | ($20.95) | ACH-052913 |
| 7/9/2013 | ADAM K. RAYMOND | ($550.00) | 10250 |
| 5/2/2013 | ALISON WATSON | ($200.00) | 10173 |
| 5/7/2013 | ALISON WATSON | ($200.00) | 10190 |
| 6/4/2013 | ALISON WATSON | ($200.00) | 10203 |
| 6/6/2013 | ALLEY INTERACTIVE LLC | ($1,600.00) | CD4110 |
| 7/19/2013 | AMAZON WEB SERVICES | ($1.04) | CD4110 |
| 5/3/2013 | AMY DRESNER | ($200.00) | 10186 |
| 6/7/2013 | AMY KRUMBEIN | ($200.00) | 10226 |
| 6/5/2013 | AMY MEES | ($846.00) | 10209 |
| 5/3/2013 | ANNA DAVID | ($1,600.00) | 10181 |
| 6/6/2013 | ANNA DAVID | ($1,600.00) | 10214 |
| 7/5/2013 | ANNA DAVID | ($800.00) | 10247 |
| 6/7/2013 | ANNA MARRIAN | ($200.00) | 10218 |
| 7/3/2013 | AUDREY FICK | ($200.00) | 10237 |
| 4/29/2013 | BEN FEUERHERD | ($200.00) | 1897 |
| 4/29/2013 | BEN FEUERHERD | ($850.00) | 1896 |
| 5/3/2013 | BRODY & BROWNE LLP | ($4,225.36) | 1898 |
| 5/21/2013 | BRYAN LE | ($200.00) | 1954 |
| 5/21/2013 | BRYAN LE | ($1,560.00) | 1953 |
| 5/2/2013 | BRYAN LE | ($2,640.00) | 1934 |
| 7/1/2013 | BRYAN LE | ($2,260.00) | 1964 |
| 6/18/2013 | CASH | ($100.00) | CASH |
| 5/7/2013 | CASH | ($100.00) | CASH |
| 7/24/2013 | CASH | ($550.00) | CASH |
| 5/2/2013 | CHECK | ($200.00) | 1933 |
| 5/3/2013 | CHRISANNE GRISE | ($565.00) | 10178 |
| 6/4/2013 | CHRISANNE GRISE | ($475.00) | 10192 |
| 7/3/2013 | CHRISANNE GRISE | ($280.00) | 10238 |
| 5/3/2013 | CHRISTINE RODRIGUEZ | ($200.00) | 10188 |
| 6/4/2013 | CHRISTINE RODRIGUEZ | ($300.00) | 10199 |
| 5/2/2013 | CINDY CRUZ | ($200.00) | 10169 |
| 6/7/2013 | CINDY CRUZ | ($200.00) | 10220 |
| 7/3/2013 | CINDY CRUZ | ($200.00) | 10233 |
| 5/28/2013 | CONSOLIDATED EDISON COMPANY OF NEW YORK | ($223.65) | ACH 052813437015147701057 |
| 6/26/2013 | CONSOLIDATED EDISON COMPANY OF NEW YORK | ($388.37) | ACH-062613437015147701057 |
| 4/26/2013 | CONSOLIDATED EDISON COMPANY OF NEW YORK | ($190.40) | ACH ELECTRONIC |
| 7/3/2013 | CRYSTAL DOMBROW | ($200.00) | 10235 |
| 5/14/2013 | DAN BARDEN | ($200.00) | 10191 |
| 5/3/2013 | DANIEL JOCK | ($300.00) | 10177 |
| 6/4/2013 | DANIEL JOCK | ($150.00) | 10202 |
| 5/20/2013 | DIAL 7 CAR&LIMO | ($69.00) | CD4110 |
| 7/9/2013 | ELIZABETH SANTERAMERO | ($25.00) | 10249 |
| 7/3/2013 | ERIKA MANSOURIAN | ($200.00) | 10239 |
| 4/29/2013 | ESCROW.COM | ($1,000.00) | DM |
| 5/28/2013 | ESCROW.COM | ($1,000.00) | |
| 6/28/2013 | ESCROW.COM | ($1,000.00) | |
| 5/3/2013 | FEDERAL EXPRESS | ($21.76) | |
| 5/3/2013 | FEDERAL EXPRESS | ($78.88) | |
| 5/20/2013 | FEE-Fee-Dom Wire | ($14.00) | |
| 5/28/2013 | FEE-Fee-Dom Wire | ($14.00) | |
| 6/20/2013 | FEE-Fee-Dom Wire | ($14.00) | |
| 6/28/2013 | FEE-Fee-Dom Wire | ($14.00) | |
| 7/22/2013 | FEE-Fee-Dom Wire | ($14.00) | |
| 5/2/2013 | FEE-Fee-Intl Wire | ($25.00) | |
| 6/6/2013 | FEE-Fee-Intl Wire | ($25.00) | |
| 6/4/2013 | FIFTH AVENUE PARTNERS, L.P. | ($6,551.45) | 10198 |
| 7/5/2013 | FIFTH AVENUE PARTNERS, L.P. | ($8,012.68) | 10248 |

| Date | Payee | Amount | Check |
|---|---|---|---|
| 5/2/2013 | FIFTH AVENUE PARTNERS, L.P. | ($6,551.45) | 10167 |
| 5/21/2013 | Foreign Fee | ($0.22) | |
| 5/22/2013 | FOX ROTHSCHILD LLP | ($38,285.21) | 1950 |
| 7/22/2013 | FOX ROTHSCHILD LLP | ($30,000.00) | WIRE |
| 6/7/2013 | GOOGLE ADVERTISING | ($192.02) | CD4110 |
| 7/9/2013 | GOOGLE ADVERTISING | ($417.85) | CD4110 |
| 5/8/2013 | GOOGLE ADVERTISING | ($500.00) | CD4110 |
| 5/2/2013 | GORILLA CONVICT PUBLICATIONS | ($385.00) | 10168 |
| 6/4/2013 | GORILLA CONVICT PUBLICATIONS | ($105.00) | 10196 |
| 7/3/2013 | GORILLA CONVICT PUBLICATIONS | ($405.00) | 10236 |
| 5/2/2013 | HALLIE HODENFIELD | ($200.00) | 10171 |
| 6/4/2013 | HALLIE HODENFIELD | ($200.00) | 10201 |
| 7/23/2013 | HALLIE HODENFIELD | ($200.00) | 10256 |
| 5/6/2013 | HILL COUNTRY CHICKEN | ($37.56) | CD4110 |
| 5/14/2013 | HUDSON NEWS | ($16.34) | CD4110 |
| 5/16/2013 | HUNTER SCATON | ($766.81) | 1945 |
| 5/29/2013 | IESI CORPORATION | ($172.89) | CD4110 |
| 6/26/2013 | IMDB | ($124.95) | CD4110 |
| 5/3/2013 | INSIGHT BUSINESS WORKS | ($2,500.00) | 10174 |
| 6/7/2013 | INSIGHT BUSINESS WORKS | ($2,500.00) | 10223 |
| 7/15/2013 | INSIGHT BUSINESS WORKS | ($2,500.00) | 10253 |
| 5/2/2013 | INT'L FUNDS TRANSFER - CITIBUSINESS O/L | ($200.00) | |
| 6/6/2013 | INT'L FUNDS TRANSFER - CITIBUSINESS O/L | ($200.00) | |
| 6/4/2013 | JACOB SLATON PHOTOGRAPHY | ($200.00) | 10206 |
| 6/4/2013 | JAMES GRAHAM | ($200.00) | 10207 |
| 5/3/2013 | JAMES RICH | ($200.00) | 10189 |
| 6/4/2013 | JAMES WATSON | ($200.00) | 10204 |
| 7/3/2013 | JAMES WATSON | ($200.00) | 10246 |
| 5/3/2013 | JEFF DEENEY | ($200.00) | 10179 |
| 6/7/2013 | JEFF KOYEN | ($200.00) | 10219 |
| 6/4/2013 | JEFF WINKLER | ($350.00) | 10200 |
| 6/7/2013 | JESSICA WILLIS | ($200.00) | 10227 |
| 5/14/2013 | JETBLUE | ($5.99) | CD4110 |
| 6/7/2013 | JIM CROSLEY 010224 BA | ($75.00) | 10224 |
| 7/3/2013 | JOHN FOX | ($200.00) | 10243 |
| 5/2/2013 | JOHN HAWKINS GORDON | ($230.00) | 1939 |
| 6/7/2013 | KRISTEN MCGUINESS | ($300.00) | 10216 |
| 6/5/2013 | LAURA BARCELLA | ($200.00) | 10212 |
| 7/3/2013 | LAURA BARCELLA | ($200.00) | 10232 |
| 5/14/2013 | LIDO THEATRE | ($750.00) | CD4110 |
| 5/14/2013 | LIDO THEATRE | ($1,000.00) | CD4110 |
| 5/24/2013 | LIDO VILLAGE BOOKS | ($800.00) | 1949 |
| 6/5/2013 | LINDA C STANSBERRY | ($200.00) | 10208 |
| 6/6/2013 | LINDA C STANSBERRY | ($300.00) | 10215 |
| 5/3/2013 | LISA SAUBER | ($300.00) | 10185 |
| 5/2/2013 | MAGGIE SEROTA | ($200.00) | 10170 |
| 5/3/2013 | MAIA SZALAVITZ | ($2,000.00) | 10182 |
| 6/4/2013 | MAIA SZALAVITZ | ($2,000.00) | 10193 |
| 7/3/2013 | MAIA SZALAVITZ | ($2,000.00) | 10245 |
| 7/16/2013 | MAIA SZALAVITZ | ($2,000.00) | 101255 |
| 5/10/2013 | MAILCHIMP | ($150.00) | CD4110 |
| 6/11/2013 | MAILCHIMP | ($150.00) | CD4110 |
| 7/10/2013 | MAILCHIMP | ($150.00) | CD4110 |
| 7/3/2013 | MALINA SAVAL MINDELL | ($200.00) | 10242 |
| 4/26/2013 | MANHATTAN FIRE SAFETY | ($48.94) | CD4110 |
| 5/2/2013 | MARKT ON LADIES' MILE | ($214.02) | CD4110 |
| 6/11/2013 | MARKT ON LADIES' MILE | ($83.14) | CD4110 |
| 6/24/2013 | MARKT ON LADIES' MILE | ($226.90) | CD4110 |

| | | | |
|---|---|---|---|
| 7/23/2013 | MARKT ON LADIES' MILE | ($165.28) | CD4110 |
| 7/23/2013 | MARKT ON LADIES' MILE | ($97.39) | CD4110 |
| 5/8/2013 | MCCARTON ACKERMAN | ($1,650.00) | 1942 |
| 6/12/2013 | MCCARTON ACKERMAN | ($2,130.00) | 1960 |
| 6/7/2013 | MEG WILLIAMS | ($200.00) | 10217 |
| 5/17/2013 | MELANIE HABER | ($69.38) | 1946 |
| 5/17/2013 | MELANIE HABER | ($197.97) | 1947 |
| 7/3/2013 | MELISSA PETRO | ($200.00) | 10241 |
| 5/3/2013 | MICHAEL DAHR | ($800.00) | 10180 |
| 6/4/2013 | MICHAEL DAHR | ($800.00) | 10195 |
| 7/3/2013 | MICHAEL DAHR | ($400.00) | 10234 |
| 5/8/2013 | MIGUEL TAVERAS | ($73.98) | 1941 |
| 5/8/2013 | MIGUEL TAVERAS | ($250.00) | 1940 |
| 6/20/2013 | MIGUEL TAVERAS | ($250.00) | 1959 |
| 7/16/2013 | MIGUEL TAVERAS | ($250.00) | 1963 |
| 6/7/2013 | MISTI MILLER | ($300.00) | 10225 |
| 5/17/2013 | MORGAN LEFAY | ($9,382.30) | 1891 |
| 6/10/2013 | MOTORINO EAST VILLAGE | ($106.36) | CD4110 |
| 5/6/2013 | NINA PURO | ($250.00) | 1936 |
| 5/6/2013 | NINA PURO | ($350.00) | 1935 |
| 6/17/2013 | NINA PURO | ($75.00) | 1943 |
| 6/20/2013 | NORTH SQUARE | ($66.55) | CD4110 |
| 5/24/2013 | PANTHEON SYSTEMS, INC. | ($302.11) | CD4110 |
| 6/18/2013 | PANTHEON SYSTEMS, INC. | ($400.00) | CD4110 |
| 7/16/2013 | PANTHEON SYSTEMS, INC. | ($400.00) | CD4110 |
| 6/7/2013 | PATRICK MCCARTNEY | ($200.00) | 10222 |
| 5/21/2013 | PAYPALL | ($11.21) | CD4110 |
| 5/10/2013 | PAYROLL | ($19,097.01) | ACH-0510130003032500 |
| 6/21/2013 | PAYROLL | ($19,489.13) | ACH-0621130003032500 |
| 4/26/2013 | PAYROLL | ($19,519.44) | |
| 5/24/2013 | PAYROLL | ($19,489.13) | |
| 6/7/2013 | PAYROLL | ($19,489.13) | |
| 7/5/2013 | PAYROLL | ($19,489.13) | |
| 7/19/2013 | PAYROLL | ($19,489.13) | |
| 5/3/2013 | PETER PAVIA | ($200.00) | 10184 |
| 6/4/2013 | PETER PAVIA | ($200.00) | 10205 |
| 7/3/2013 | PETER PAVIA | ($300.00) | 10240 |
| 5/7/2013 | PLUMS CAFE & CATERING | ($1,450.00) | CD4110 |
| 5/14/2013 | PLUMS CAFE & CATERING | ($1,905.20) | CD4110 |
| 6/4/2013 | POLAND SPRINGS BRAND NATURAL SPRING WATER | ($69.53) | 10197 |
| 7/11/2013 | POLAND SPRINGS BRAND NATURAL SPRING WATER | ($49.27) | 10251 |
| 4/25/2013 | POLAND SPRINGS BRAND NATURAL SPRING WATER | ($115.30) | 10165 |
| 6/20/2013 | POLLY MCCORMICK | ($4,011.00) | WIRE |
| 5/13/2013 | POLLY MCCORMICK | ($1,425.00) | 1944 |
| 5/20/2013 | POLLY MCCORMICK | ($4,011.00) | |
| 6/17/2013 | POLLY MCCORMICK | ($1,000.00) | 10229 |
| 7/15/2013 | POLLY MCCORMICK | ($85.28) | 10252 |
| 5/2/2013 | PRIMARY WAVE MEDIA LLC | ($350.00) | 10166 |
| 5/6/2013 | PRIMARY WAVE MEDIA LLC | ($350.00) | CD4110 |
| 6/4/2013 | PRIMARY WAVE MEDIA LLC | ($350.00) | CD4110 |
| 7/5/2013 | PRIMARY WAVE MEDIA LLC | ($350.00) | CD4110 |
| 5/21/2013 | RADIO SHACK | ($87.09) | CD4110 |
| 5/3/2013 | RANDI NEWTON | ($200.00) | 10187 |
| 6/5/2013 | RAPHAEL ROSEN | ($1,000.00) | 10210 |
| 5/3/2013 | RKB ENTERPRISES INC | ($500.00) | 10175 |
| 7/16/2013 | ROY S VUKOYE | ($1,500.00) | 10254 |
| 5/24/2013 | ROY S. VUKOYE | ($79.00) | 1952 |
| 5/24/2013 | ROY S. VUKOYE | ($1,421.00) | 1951 |
| 6/21/2013 | ROY S. VUKOYE | ($1,500.00) | 1962 |
| 5/7/2013 | SAM SCATON | ($46.00) | 1938 |

| Date | Payee | Amount | Reference |
|---|---|---|---|
| 5/7/2013 | SAM SCATON | ($500.00) | 1937 |
| 5/2/2013 | SARAH BELLER | ($680.00) | 1890 |
| 6/4/2013 | SARAH BELLER | ($880.00) | |
| 5/2/2013 | SARAH SHAEFER | ($200.00) | 10172 |
| 6/18/2013 | SCHNIPPERS | ($25.28) | CD4110 |
| 7/17/2013 | SCHNIPPERS | ($31.52) | CD4110 |
| 6/10/2013 | SERVICE CHARGE | ($12.50) | |
| 5/3/2013 | SHAUN MCCANNA | ($250.00) | 10176 |
| 5/6/2013 | SIGNALPOINT COMMUNICATIONS, INC. | ($265.10) | CD4110 |
| 6/5/2013 | SIGNALPOINT COMMUNICATIONS, INC. | ($265.10) | CD4110 |
| 7/5/2013 | SIGNALPOINT COMMUNICATIONS, INC. | ($265.10) | CD4110 |
| 7/9/2013 | SOFER & HAROUN LLP | ($315.00) | 1966 |
| 5/28/2013 | STAPLES | ($347.24) | CD4110 |
| 6/5/2013 | SUE SMITH | ($300.00) | 10211 |
| 7/3/2013 | SUE SMITH | ($200.00) | 10244 |
| 6/7/2013 | SUSAN ANKUDAVICH | ($200.00) | 10221 |
| 6/13/2013 | SUSAN CHEEVER | ($800.00) | 10228 |
| 6/27/2013 | SUSAN CHEEVER | ($200.00) | 10230 |
| 5/28/2013 | TARGET SECURITY | ($280.90) | 1955 |
| 6/4/2013 | TESSIE CASTILLO | ($350.00) | 10194 |
| 6/5/2013 | TONY ONEIL | ($50.00) | 10213 |
| 7/2/2013 | TONY ONEIL | ($400.00) | 10231 |
| 5/3/2013 | TONY ONEILL | ($200.00) | 10183 |
| 5/20/2013 | TWILIO, INC. | ($21.29) | CD4110 |
| 5/21/2013 | TWILIO, INC. | ($20.01) | CD4110 |
| 5/21/2013 | TWILIO, INC. | ($21.00) | CD4110 |
| 5/22/2013 | TWILIO, INC. | ($27.13) | CD4110 |
| 6/18/2013 | TWILIO, INC. | ($27.05) | CD4110 |
| 6/19/2013 | TWILIO, INC. | ($30.00) | CD4110 |
| 6/24/2013 | TWILIO, INC. | ($29.20) | CD4110 |
| 7/10/2013 | TWILIO, INC. | ($20.13) | CD4110 |
| 7/18/2013 | TWILIO, INC. | ($29.72) | CD4110 |
| 7/19/2013 | TWILIO, INC. | ($22.00) | CD4110 |
| 7/19/2013 | TWILIO, INC. | ($27.03) | CD4110 |
| 7/22/2013 | TWILIO, INC. | ($30.06) | CD4110 |
| 7/8/2013 | UNCLE MOE'S BURRITO | ($78.43) | CD4110 |
| 5/29/2013 | VALERIE TEJEDA | ($400.00) | 1956 |
| 6/11/2013 | VALERIE TEJEDA | ($400.00) | 1961 |
| 7/17/2013 | VALERIE TEJEDA | ($225.00) | 1967 |
| 5/21/2013 | VERIZON WIRELESS | ($177.55) | ACH-052113212243233264 |
| 6/21/2013 | VERIZON WIRELESS | ($171.92) | ACH-062113212243233264 |
| 7/22/2013 | VERIZON WIRELESS | ($171.25) | ACH-072213212243233264 |
| 5/1/2013 | VICTORIA KIM | ($430.00) | 1899 |
| 6/3/2013 | VICTORIA KIM | ($1,460.00) | 1958 |
| 7/1/2013 | VICTORIA KIM | ($1,700.00) | 1965 |
| 7/19/2013 | VICTORIA KIM | ($1,120.00) | 1970 |
| 5/24/2013 | VONAGE | ($118.01) | CD4110 |
| 6/25/2013 | VONAGE | ($117.69) | CD4110 |
| 7/24/2013 | VONAGE | ($116.49) | CD4110 |
| 6/4/2013 | WESTVILLE | ($37.55) | CD4110 |
| 7/15/2013 | WILLIAM GEORGIADES | ($152.42) | 1969 |
| 5/16/2013 | WILLIAM GODFREY | ($72.00) | 1948 |
| 6/5/2013 | WIRE FEE | ($12.00) | |
| 6/6/2013 | WIRE FEE | ($12.00) | |
| 4/29/2013 | WIRE FEE | ($14.00) | |
| **TOTAL** | | **($338,160.66)** | |

# United States Bankruptcy Court
## District of Delaware

In re    **Recovery Media, LLC**
                                                                    Case No.   _____
                                        Debtor(s)                   Chapter    **7**   _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **July 26, 2013**   _____        **/s/ Paul McCulley** _____
                                                **Paul McCulley/Managing Member**
                                                Signer/Title

I, _____ **John H. Strock 4965** _____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached
Master Address List consisting of __**2**__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best
of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to
all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any
amendments may be made.

Date:   **July 26, 2013**   _____        **/s/ John H. Strock** _____
                                                Signature of Attorney
                                                **John H. Strock 4965**
                                                **Fox Rothschild LLP**
                                                **919 N. Market Street, Suite 1300**
                                                **P.O. Box 2323**
                                                **Wilmington, DE 19899**
                                                **(302) 654-7444  Fax: (302) 656-8920**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re   **Recovery Media, LLC**

                           Debtor(s)

Case No. _____

Chapter    **7**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Fox Rothschild LLP**<br>**2000 Market St., 20th Floor**<br>**Philadelphia, PA 19103-3222** | **Fox Rothschild LLP**<br>**2000 Market St., 20th Floor**<br>**Philadelphia, PA 19103-3222** | **Legal Services** | | 65,711.04 |
| **Todd Clark**<br>**17926 Maplehurst**<br>**Canyon Country, CA 91387** | **Todd Clark**<br>**17926 Maplehurst**<br>**Canyon Country, CA 91387** | **Remaining amount due and owing under Purchase Agreement, dated January 19, 2011, by and between Todd Clark (Seller) and Recovery Media, LLC, for Recov** | | 10,000.00 |
| **Grodsky Caporrino & Kaufman, PC**<br>**300 Jericho Quadrangle**<br>**Jericho, NY 11753** | **Grodsky Caporrino & Kaufman, PC**<br>**300 Jericho Quadrangle**<br>**Jericho, NY 11753** | **Accounting Services** | | 6,800.00 |
| **Cooley LLP**<br>**Attn: General Counsel**<br>**101 California Street, 5th Floor**<br>**San Francisco, CA 94111** | **Cooley LLP**<br>**Attn: General Counsel**<br>**101 California Street, 5th Floor**<br>**San Francisco, CA 94111** | **Legal Services** | | 6,785.30 |
| **Fifth Avenue Partners, L.P.**<br>**13 East 16th Street, Suite 400**<br>**New York, NY 10003** | **Fifth Avenue Partners, L.P.**<br>**13 East 16th Street, Suite 400**<br>**New York, NY 10003** | **Past due rent owing under Lease Agreement, dated November 15, 2011, by and between Fifth Avenue Partners, L.P. (Owner) and Recovery Media, LLC (Tenant** | **Contingent Unliquidated** | 6,551.00 |
| **Richard Juman**<br>**160 West 24th Street, Apt. 10J**<br>**New York, NY 10011** | **Richard Juman**<br>**160 West 24th Street, Apt. 10J**<br>**New York, NY 10011** | **Professional Services** | | 5,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  __Recovery Media, LLC__                                    Case No.  _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| William Georgiades 139 West 13th Street, Apt. 4 New York, NY 10011 | William Georgiades 139 West 13th Street, Apt. 4 New York, NY 10011 | Accrued but unpaid PTO | | 4,038.00 |
| Will Godfrey 378 Baltic Street, Apt. 6A Brooklyn, NY 11201 | Will Godfrey 378 Baltic Street, Apt. 6A Brooklyn, NY 11201 | Accrued but unpaid PTO | | 3,692.16 |
| Walter Armstrong 182 Avenue B, Apt. 13 New York, NY 10009 | Walter Armstrong 182 Avenue B, Apt. 13 New York, NY 10009 | Accrued but unpaid PTO | | 3,499.60 |
| Melanie Haber 200 East 15th Street, Apt. 14G New York, NY 10003 | Melanie Haber 200 East 15th Street, Apt. 14G New York, NY 10003 | Accrued but unpaid PTO. | | 3,461.76 |
| May Wilkerson 630 Grand Street, Apt. 2 Brooklyn, NY 11211 | May Wilkerson 630 Grand Street, Apt. 2 Brooklyn, NY 11211 | Accrued but unpaid PTO. | | 2,199.60 |
| McCarton Ackerman 2166 Frederick Douglass Blvd., Apt. 5F New York, NY 10026 | McCarton Ackerman 2166 Frederick Douglass Blvd., Apt. 5F New York, NY 10026 | Wages due and owing for services provided. | | 1,940.00 |
| Hunter Slaton 331 Keap Street, Apt. 34 Brooklyn, NY 11211 | Hunter Slaton 331 Keap Street, Apt. 34 Brooklyn, NY 11211 | Accrued but unpaid PTO. | | 1,803.76 |
| Zachary Siegal 4629 Twin Lakes Lane Lake Zurich, IL 60047 | Zachary Siegal 4629 Twin Lakes Lane Lake Zurich, IL 60047 | Freelance writer fees | | 600.47 |
| Consolidated Edison Company of NY, Inc. Attn: Law Dept./Room 1850-S 4 Irving Place New York, NY 10003 | Consolidated Edison Company of NY, Inc. Attn: Law Dept./Room 1850-S 4 Irving Place New York, NY 10003 | Utility services | | 429.38 |
| IESI, a Progressive Waste Solutions Co. 3747 White Church Road Chambersburg, PA 17202 | IESI, a Progressive Waste Solutions Co. 3747 White Church Road Chambersburg, PA 17202 | Trash collection services | | 346.00 |
| SignalPoint Communications, Inc. Continental Plaza - 6th Floor 433 Hackensack Avenue Hackensack, NJ 07601 | SignalPoint Communications, Inc. Continental Plaza - 6th Floor 433 Hackensack Avenue Hackensack, NJ 07601 | Internet Services | | 265.10 |
| Mcclaine Warren 1750 South Ocean Lane, # 304 Fort Lauderdale, FL 33316 | Mcclaine Warren 1750 South Ocean Lane, # 304 Fort Lauderdale, FL 33316 | Freelance writer fees | | 200.00 |
| Misti Miller 6303 NE 6th Avenue Portland, OR 97211 | Misti Miller 6303 NE 6th Avenue Portland, OR 97211 | Freelance writer fees | | 200.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Recovery Media, LLC**                                       Case No.   _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alison Watson<br>929 71 St. #A3<br>Brooklyn, NY 11228** | **Alison Watson<br>929 71 St. #A3<br>Brooklyn, NY 11228** | **Freelance writer fees** | | 200.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 26, 2013** _____          Signature   **/s/ Paul McCulley** _____
                                                                    **Paul McCulley**
                                                                    **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

RECOVERY MEDIA, LLC
19 WEST 21ST STREET, SUITE 901
NEW YORK, NY 10010

CAPO BY THE SEA
ATTN: JOHN KAHALL
26682 AVENIDA LAS PALMAS
CAPISTRANO BEACH, CA 92624

FOX ROTHSCHILD LLP
2000 MARKET ST., 20TH FLOOR
PHILADELPHIA, PA 19103-3222

JOHN H. STROCK
FOX ROTHSCHILD LLP
919 N. MARKET STREET, SUITE 1300
P.O. BOX 2323
WILMINGTON, DE 19899

CLIFFSIDE MALIBU
ATTN: RICHARD TATE
30060 ANDROMEDA LANE
MALIBU, CA 90265

FRANCHISE TAX BOARD
BANKRUPTCY SECTION,M MS:A-3
P.O. BOX 2952
SACRAMENTO, CA 95812

AARON KUCHTA
25 W 14TH STREET
NEW YORK, NY 10011

CONSOLIDATED EDISON COMPANY OF
ATTN: LAW DEPT./ROOM 1850-S
4 IRVING PLACE
NEW YORK, NY 10003

GABRIELLA DANCHICK
3324 12TH AVENUE, 2ND FLOOR
BROOKLYN, NY 11218

ALISON WATSON
929 71 ST. #A3
BROOKLYN, NY 11228

COOLEY LLP
ATTN: GENERAL COUNSEL
101 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CA 94111

GRODSKY CAPORRINO & KAUFM
300 JERICHO QUADRANGLE
JERICHO, NY 11753

ALLIED WORLD ASSURANCE COMPANY
ATTN: DAVID W. COLWICK, ESQ.
1690 NEW BRITAIN AVENUE, SUITE 101
FARMINGTON, CT 06032

CYNTHIA CRUZ
137 DUPONT STREET, APT. 7
BROOKLYN, NY 11222

HUNTER SLATON
331 KEAP STREET, APT. 34
BROOKLYN, NY 11211

ALTA MIRA RECOVERY CENTER
ATTN: WILLIAM MORRISON
125 BULKLEY AVENUE
SAN FRANCISCO, CA 94111

DARWIN NATIONAL ASSURANCE COMPA
1690 NEW BRITAIN AVENUE
FARMINGTON, CT 06032

 PNY, A PROGRESSIVE WASTE S
3747 WHITE CHURCH ROAD
CHAMBERSBURG, PA 17202

ANDREW HUBNER
3103 FAIRFIELD AVE., APT 5A
BRONX, NY 10463

DEE'S HOUSE
ATTN: KIM HANKLE
18886 SANTA MARTA STREET
FOUNTAIN VALLEY, CA 92708

INSPERITY PEO SERVICES, L.P.
19001 CRESCENT SPRINGS DRIV
KINGWOOD, TX 77339-3802

ASCEND RECOVERY
ATTN: RYAN SALTERY
6280 W 9600 NORTH
AMERICAN FORK, UT 84003

DELAWARE DIVISION OF REVENUE/BANKR SERV
ZILLAH A. FRAMPTON, BANKRUPTCY ADMIN
DIVISION OF REVEN/BANKR. SERV.
CARVEL STATE OFFICE BUILDING, 8TH FLOOR
WILMINGTON, DE 19801

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

BACK2BASICS
ATTN: BOY DUPREZ
1600 WEST UNIVERSITY AVENUE, SUITE 105
FLAGSTAFF, AZ 86001

ESCROW.COM
30318 ESPERANZA
ATTN: DOMAIN HOLDING DEPARTMENT
RANCHO SANTA MARGARITA, CA 92688

INTERNAL REVENUE SERVICE
BANKRUPTCY SECTION, SPECIAL
31 HOPKINS PLAZA, ROOM 1120
BALTIMORE, MD 21202

BILL W. AND DR. BOB (PLAY)
ATTN: DARIEN BATES
47 GREAT JONES STREET, THIRD FLOOR
NEW YORK, NY 10012

FIFTH AVENUE PARTNERS, L.P.
13 EAST 16TH STREET, SUITE 400
NEW YORK, NY 10003

JESSICA WILLIS
46 WINDSOR AVENUE
PITTSFIELD, MA 01201

JOE SCHRANK

MICHIGAN DEPARTMENT OF TREASURY
ATTN: LITIGATION LIASON
2ND FLOOR, AUSTIN BUILDING
430 WEST ALLEGAN STREET
LANSING, MI 48922

OUTBRAIN INC.
ATTN: YARON GALAI
200 RECTOR PLACE, APT. 14H
NEW YORK, NY 10280

JONATHAN MCCULLEY 2011 IRREVOCABLE TRUST
221 VIA LIDO SOUD
NEWPORT BEACH, CA 92663

MIKE MAGUIRE
2117 ELDEN, APT. 32
COSTA MESA, CA 92627

P. THOMAS COHEN

LK RECOVERY HOLDINGS LLC
C/O UNITED CORPORATE SERVICES, INC.
874 WALKER ROAD, SUITE C
DOVER, DE 19904

MISSION VIEJO RECOVERY
ATTN: JEFFREY GUILTOGLE
23181 TIAGUA
MISSION VIEJO, CA 92692

PANTHEON SYSTEMS, INC.
ATTN: COMPLIANCE DEPARTMEN
717 CALIFORNIA STREET, 3RD FL
SAN FRANCISCO, CA 94108

MAER ROSHAN
C/O PETER B. LADIG, ESQ.
MORRIS JAMES LLP
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON, DE 19801

MISTI MILLER
6303 NE 6TH AVENUE
PORTLAND, OR 97211

PAUL MCCULLEY
221 VIA LIDO SOUD
PALM SPRINGS, CA 92263

MAILCHIMP
512 MEANS STREET, SUITE 404
ATLANTA, GA 30318

NEWPORT ACADEMY
ATTN: JAMISON MONROE
311 N. RANCH WOOD TRAIL
ORANGE, CA 92869

PAUL MCCULLEY 2011 RECOVA
221 VIA LIDO SOUD
NEWPORT BEACH, CA 92663

MALIBU BEACH SOBER LIVING
ATTN: CHARLIE BENTZ
31450 BROAD BEACH ROAD
MALIBU, CA 90265

NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
ALBANY, NY 12201

POLAND SPRING BRAND NATUR
C/O NESTLE WATERS NORTH AM
900 LONG RIDGE ROAD, BUILDIN
STAMFORD, CT 06902-1138

MAY WILKERSON
630 GRAND STREET, APT. 2
BROOKLYN, NY 11211

NYS DEPT. TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SEC.
P.O. BOX 5300
ALBANY, NY 12205-0300

PRIMARY WAVE MUSIC
108 EAST 16TH STREET
9TH FLOOR
NEW YORK, NY 10003

MCCARTON ACKERMAN
2166 FREDERICK DOUGLASS BLVD., APT. 5
NEW YORK, NY 10026

OFFICE OF THE UNITED STATES TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING STREET, ROOM 2207
LOCKBOX 35
WILMINGTON, DE 19899

RECOVERY ROAD, LLC
ATTN: ADAM J. SCHREIBER
4362 NORTHLAKE BOULEVARD, S
PALM BEACH GARDENS, FL 33410

MCCLAINE WARREN
1750 SOUTH OCEAN LANE, # 304
FORT LAUDERDALE, FL 33316

OREXO AB
BOX 303
SE-751 05
UPPSALA, SWEDEN VAT NO. SE556500-0600

REFLECTIONS
ATTN: LOUISE MCCALLION
1191 SIMMONS LANE
NOVATO, CA 94945

MELANIE HABER
200 EAST 15TH STREET, APT. 14G
NEW YORK, NY 10003

OREXO AB
ATTN: MICHELE EVELAND
5 SYLVAN WAY
PARSIPPANY, NJ 07054

RICHARD JUMAN
160 WEST 24TH STREET, APT. 1(
NEW YORK, NY 10011

SAINT JUDE TWIN RIVERS RETREAT
ATTN: DANIEL G. HIDALEO
9 MARKET STREET, SUITE 4
AMSTERDAM, NY 12010

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002

SECRETARY OF TREASURY
P.O. BOX 7040
DOVER, DE 19903

VIOLETTA BELLOCCHIO
VIA XX SETTEMBRE, 20
55045 PIETRASANTA (LU), ITALY

SIGNALPOINT COMMUNICATIONS, INC.
CONTINENTAL PLAZA - 6TH FLOOR
433 HACKENSACK AVENUE
HACKENSACK, NJ 07601

WALTER ARMSTRONG
182 AVENUE B, APT. 13
NEW YORK, NY 10009

SOBA RECOVERY CENTER, MALIBU
ATTN: GREG HANNLEY
22669 PACIFIC COAST HIGHWAY
MALIBU, CA 90265

WHOLE RECOVERY
ATTN: VLADIMIR KEGAN
100 MILES SOUTH FROM LODGE LOS ROCHAS
PLAYA SAMARA, COSTA RICA

STATE OF DELAWARE
DIVISION OF CORPORATIONS
FRANCHISE TAX
P.O. BOX 898
DOVER, DE 19903

WILL GODFREY
378 BALTIC STREET, APT. 6A
BROOKLYN, NY 11201

TODD CLARK
17926 MAPLEHURST
CANYON COUNTRY, CA 91387

WILLIAM GEORGIADES
139 WEST 13TH STREET, APT. 4
NEW YORK, NY 10011

TWILIO, INC.
645 HARRISON STREET, THIRD FLOOR
SAN FRANCISCO, CA 94107

YOKO HYUN
761 PROSPECT PLACE, APT. 4C
BROOKLYN, NY 11216

TWILIO, INC.
C/O NATIONAL CORPORATE RESEARCH
615 S. DUPONT HIGHWAY
DOVER, DE 19901

ZACHARY SIEGAL
4629 TWIN LAKES LANE
LAKE ZURICH, IL 60047

U.S. ATTORNEYS' OFFICE
1007 ORANGE STREET, SUITE 700
P.I. BOX 2046
WILMINGTON, DE 19899

U.S. SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281

# United States Bankruptcy Court
## District of Delaware

In re   **Recovery Media, LLC**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Recovery Media, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**LK Recovery Holdings LLC
C/O United Corporate Services, Inc.
874 Walker Road, Suite C
Dover, DE 19904**

□ None [*Check if applicable*]

**July 26, 2013**

Date

**/s/ John H. Strock**

**John H. Strock 4965**

Signature of Attorney or Litigant
Counsel for   **Recovery Media, LLC**

**Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899
(302) 654-7444 Fax:(302) 656-8920**