Recovery Media, LLC
Bankr. Case Nno. 13-11884 (BLS)
Exhibit A

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 133 | Joseph Schrank | JSSUR | $ 4,023.85 |
| | | | $ 4,023.85 |