## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| **RECOVERY MEDIA, LLC** | CASE NO. **13-11884-BLS** |
| Debtor(s) | Re: Docket No. 80 |

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $4,023.85 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

Ordered this 25th day of April, 2016.